USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-17-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
          :
UNITED STATES OF AMERICA,     :   19-CR-291(LAP)
          :
    -v.-               :   ORDER
          :
ADEMOLA ADEBOGUN,          :
          :
        Defendant.  :
          :
------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

Before the Court is Mr. Adebogun's request to modify his travel restrictions temporarily to allow travel to Lagos, Nigeria [dkt. no. 137]. The request is denied. In the Court's view, allowing travel to Nigeria would not "reasonably assure" Defendant's appearance in court.

As pointed out in the Government's letter [dkt. no. 138], Mr. Adebogun is a dual United States-Nigerian citizen who has traveled internationally several times during the last five years using both his United States and Nigerian passports. The evidence against the Defendant is strong, supported by bank records, call and text message chats. The chats in particular show Defendant's vast knowledge of the workings of the bank fraud he is accused of. The Government estimates his guidelines range following a conviction to be 70-87 months. "Because the evidence of guilt is strong, it provides [the charged defendant] with an incentive to flee." United Staes v. Berkun, 392 F.

1

App'x 901, 903 (2d Cir. 2010)1 United States v. Bellomo, 944 F. Supp. 1160, 1164 (S.D.N.Y. 1996) (denying pretrial release in part because "a defendant facing serious potential penalties in the event of conviction is more likely to disappear if the government's case is strong than if an acquittal appears likely").

Based on the Defendant's letter, he does not have substantial ties to the United States that would ensure his appearance in this district for trial. Thus, there is no factor outweighing the substantial and strong evidence of guilt and serious possibility of jail time as incentives to flee. Thus, the request for bail modification is denied.

SO ORDERED.

Dated: New York, New York
December 16, 2019

*Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge