# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5500

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

February 13, 2020

**By ECF**
Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED

*[signature]*

LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
2/14/20

Re: United States v. Ademola Adebogun,
    19 Cr. 291 (LAP)

Dear Judge Preska:

I am the attorney for Ademola Adebogun, the defendant in the above-captioned matter, who is currently on pretrial release and subject to conditions that include travel restricted to the Southern and Eastern Districts of New York and the District of New Jersey. I am writing without objection from Pretrial Services Officer Andrew Kessler-Cleary, and the government by AUSA Rebecca Dell, to respectfully request a temporary modification of my client's travel restrictions to permit travel to San Juan, Puerto Rico from March 19 – 23, 2020 for employment purposes.

As the Court is aware from counsel's previous applications, Mr. Adebogun is the owner of an entertainment and marketing company which often hosts events that require his presence. Such an event is being held in San Juan, Puerto Rico on March 20 – 22, 2020 and in order for the event to happen, Mr. Adebogun is required to be there. For these reasons, Mr. Adebogun respectfully requests permission to travel to Puerto Rico on March 19, 2020 and return to New York on March 23, 2020. The address of where Mr. Adebogun will be staying, should this application be granted, has been provided to pretrial services.