# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman                                     Tel: (212) 571-5500
Jeremy Schneider                                        Fax: (212) 571-5500
Robert A. Soloway
David Stern
_____
Rachel Perillo

August 14, 2020

**By ECF**
Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  United States v. Ademola Adebogun,
19 Cr. 291 (LAP)

Dear Judge Preska:

Robert Soloway and I are the attorneys for Ademola Adebogun, the defendant in the above-captioned matter. Mr. Adebogun is currently on pretrial release and subject to conditions that include travel restricted to the Southern and Eastern Districts of New York and the District of New Jersey. I am writing with the consent of U.S. Pretrial Services Officer Dayshawn Bostic to respectfully request a temporary modification of my client's travel restrictions to permit travel to Fort Lauderdale and Miami, Florida from September 3 – 8, 2020 for employment purposes.

As the Court is likely aware from our previous applications, Mr. Adebogun is the owner of an entertainment and marketing company that hosts events at nightclubs and lounges. Mr. Adebogun has the opportunity to personally host an event through his company on September 5, 2020 in Miami, Florida.

If the Court approves this request, Mr. Adebogun will fly to Fort Lauderdale on September 3, 2020 in order to prepare for the event, and will return to New York on September 8, 2020. Pretrial has received a copy of Mr. Adebogun's flight itinerary as well as the address for the Airbnb where he will be staying.

Hon. Loretta A. Preska
August 14, 2020
Page Two

     As previously mentioned, Pretrial Services consents to this
request. The government, by AUSA Rebecca Dell, defers to the
position of pretrial.

     If the Court has any questions regarding this application
please contact my office.

     Thank you for your attention to this matter.

                              Respectfully submitted,

                                   /s/

                              Rachel Perillo

cc:  Rebecca Dell (by ECF)
     Daniel Wolf (by ECF)
     *Assistant United States Attorneys*

     Dayshawn Bostic (by Email)
     *U.S. Pretrial Services Officer*

Mr. Adebogun's travel request is granted.
SO ORDERED.
Dated: August 17, 2020

_____
   LORETTA A. PRESKA, U.S.D.J.