## ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman  
Jeremy Schneider  
Robert A. Soloway  
David Stern  
———————  
Rachel Perillo

Tel: (212) 571-5500  
Fax: (212) 571-5500

October 1, 2020

**By ECF**
Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: United States v. Ademola Adebogun,
           19 Cr. 291 (LAP)

Dear Judge Preska:

    Robert Soloway and I are the attorneys for Ademola Adebogun, the defendant in the above-captioned matter. Mr. Adebogun is currently on pretrial release and subject to conditions that include travel restricted to the Southern and Eastern Districts of New York and the District of New Jersey. I am writing with the consent of U.S. Pretrial Services Officer Dayshawn Bostic to respectfully request a temporary modification of my client's travel restrictions to permit travel to Dallas, Texas from **October 3 – 5, 2020.** The government, by AUSA Daniel Wolf, defers to the position of Pretrial Services.

    As the Court is likely aware from our previous applications, Mr. Adebogun is the owner of an entertainment and marketing company that hosts events at nightclubs and lounges. Yesterday, he was offered the opportunity to personally host an event through his company on October 3, 2020 in Dallas, Texas. If this request is granted, Mr. Adebogun will be leaving this Saturday, October 3, and returning on Monday, October 5. He will provide Pretrial Services with his flight itinerary and hotel address.

    If the Court has any questions regarding this application, please contact my office.

Hon. Loretta A. Preska
October 1, 2020
Page Two

    The Court's time and attention to this matter is appreciated.

                                        Respectfully submitted,

                                                     /s/

                                        Rachel Perillo

cc:   Rebecca Dell (by ECF)
      Daniel Wolf (by ECF)
      *Assistant United States Attorneys*

      Dayshawn Bostic (by Email)
      *U.S. Pretrial Services Officer*

Mr. Adebogun's travel request is approved.

SO ORDERED.

Dated: Oct. 2, 2020

_____
LORETTA A. PRESKA, U.S.D.J.