UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    -against-

ADEMOLA ADEBOGUN,

        Defendant.

No. 19-CR-291(LAP)

ORDER

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

    Mr. Adebogun's motion temporarily to modify the travel restriction conditions of his pretrial release to permit the requested travel [dkt no. 188] is GRANTED.

SO ORDERED.

Dated:  October 14, 2020
       New York, New York

*Loretta A. Preska* (signature)

_____
LORETTA A. PRESKA, U.S.D.J.