ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

| | |
|---|---|
| Franklin A. Rothman | Tel: (212) 571-5500 |
| Jeremy Schneider | Fax: (212) 571-5500 |
| Robert A. Soloway | |
| David Stern | |
| ———— | |
| Rachel Perillo | |

December 28, 2020

```
The request to modify the
conditions of pretrial
release to permit the travel
referenced below is approved.
SO ORDERED.

Dated:    December 29, 2020
          New York, New York

          /s/ Loretta A. Preska
          _____
          LORETTA A. PRESKA, U.S.D.J.
```

**By ECF**
Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: United States v. Ademola Adebogun,
      19 Cr. 291 (LAP)

Dear Judge Preska:

  Robert Soloway and I are the attorneys for Ademola Adebogun, the defendant in the above-captioned matter. Mr. Adebogun is currently on pretrial release and subject to conditions that include travel restricted to the Southern and Eastern Districts of New York and the District of New Jersey. I am writing with the consent of U.S. Pretrial Services Officer Dayshawn Bostic to respectfully request a temporary modification of my client's travel restrictions to permit travel to Atlanta, Georgia from **January 2 – 5, 2021** for employment purposes. The government, by AUSA Rebecca Dell, defers to the position of Pretrial Services.

  As the Court is likely aware from our previous applications, Mr. Adebogun is the owner of an entertainment and marketing company that hosts events at nightclubs and lounges. He has the opportunity to personally host an event through his company on January 3, 2021 in Atlanta, Georgia, and therefore respectfully requests permission to travel to Atlanta from January 2 – 5. Mr. Adebogun will provide Pretrial Services with his flight itinerary and hotel address. If the Court has any questions regarding this application please contact my office.

                Respectfully submitted,

                /s/ Rachel Perillo

cc: Rebecca Dell and Daniel Wolf
   *Assistant U.S. Attorneys* (by ECF)
   Dayshawn Bostic
   *U.S. Pretrial Services Officer* (by Email)