# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Fax: (212) 571-5507
Tel: (212) 571-5500

By ECF

Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

February 11, 2021

```
The request to modify the
conditions of pretrial release to
permit the travel referenced below
is approved.
SO ORDERED.
```

Dated:     February 11, 2021
           New York, New York

*Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.

Re: United States v. Ademola Adebogun
19 Cr. 291 (LAP)

Dear Judge Preska:

     I represent Ademola Adebogun, the defendant in the above-captioned matter. Mr. Adebogun is currently on pretrial release with travel restrictions that limit his permitted travel to the Southern and Eastern Districts of New York, and the District of New Jersey. I am writing without objection from U.S. Pretrial Services Officer Dayshawn Bostic, or from the government, by AUSA Rebecca Dell, to respectfully request a temporary modification of my client's travel restrictions to permit travel to Miami, Florida from February 18, 2021 to February 23, 2021 for employment purposes. As the Court is likely aware from prior applications, Mr. Adebogun is the owner of an entertainment and marketing company that hosts events at nightclubs and lounges. He has plans to personally host an event through his company on February 23, 2021 in Miami, and therefore respectfully requests permission to travel to and remain in Miami from February 18 – 23.

     Mr. Adebogun understands his obligation to provide Pretrial Services with his flight itinerary and accommodation information. It is accordingly respectfully requested that the Court grant this application for a temporary modification of Mr. Adebodun's travel restrictions as set forth herein. Thank you very much for your attention.

Sincerely,

*Robert A. Soloway*

Robert A. Soloway

cc:  Mr. Dayshawn Bostic (by email)
RAS:sc