# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Fax: (212) 571-5507
Tel: (212) 571-5500

May 13, 2021

By ECF

Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/14/21

Re: United States v. Ademola Adebogun
19 Cr. 291 (LAP)

Dear Judge Preska:

I represent Ademola Adebogun, the defendant in the above-captioned matter. Mr. Adebogun is currently on pretrial release with travel restrictions that limit his travel to the Southern and Eastern Districts of New York, and the District of New Jersey. I am writing without objection of Pretrial Services Officer Dayshawn Bostic, or of the government, by AUSA Rebecca Dell, to respectfully request a temporary modification of my client's travel restrictions to permit travel to Miami, Florida from May 27 to June 1, 2021 for employment purposes. As the Court may recall from earlier applications, Mr. Adebogun is the owner of an entertainment and marketing company that hosts events at nightclubs and lounges. He has plans to personally host events through his company in Miami on May 28th, 29th and 30th, and therefore respectfully seeks permission to travel to and remain in Miami during the period requested.

Mr. Adebogun understands his obligation to provide Pretrial Services with his flight itinerary and accommodation information. It is accordingly respectfully requested that the Court grant this application for a temporary modification of Mr. Adebogun's travel restrictions as set forth herein. Thank you very much for your attention.

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

5/14/21

Sincerely,

*Robert A. Soloway*

Robert A. Soloway

cc: Mr. Dayshawn Bostic (by email)
RAS:sc