ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

| | |
|---|---|
| **Franklin A. Rothman** | Tel: (212) 571-5500 |
| Jeremy Schneider | Fax: (212) 571-5500 |
| Robert A. Soloway | |
| David Stern | |
| ──────── | |
| Rachel Perillo | |

August 13, 2021

**By ECF**

Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:    United States v. Ademola Adebogun,
                   19 Cr. 291 (LAP)

Dear Judge Preska:

      Robert Soloway and I are the attorneys for Ademola Adebogun, the defendant in the above-captioned matter. Mr. Adebogun is currently on pretrial release and subject to conditions that include travel restricted to the Southern and Eastern Districts of New York and the District of New Jersey. I am writing without objection from U.S. Pretrial Services Officer Stephen Boose to respectfully <u>request a temporary modification of my client's travel restrictions to permit travel to Miami, Florida from</u> **September 2 - 7, 2021** <u>for employment purposes.</u> AUSA Daniel Wolf for the government defers to the position of pretrial services.

      As the Court is likely aware from our previous applications, Mr. Adebogun is the owner of an entertainment and marketing company that hosts events at nightclubs and lounges. He has the opportunity to personally host an event through his company on September 4, 2021 in Miami, Florida and therefore respectfully requests permission to travel to Miami (and the surrounding area of Fort Lauderdale and Hollywood, Florida) from September 2 – 7. Mr. Adebogun has provided Pretrial Services with his flight itinerary and the Airbnb address of where he will be staying if this application is granted. If the Court has any questions regarding this application please contact my office.

Respectfully submitted,

/s/ Rachel Perillo

cc:    AUSA Rebecca Dell; AUSA Daniel Wolf (by ECF)
       USPTSO Stephen Boose (by Email)

```
The underline request above is
approved.  SO ORDERED.
```
*/s/ Loretta A. Preska* 8/16/2021