# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

| | |
|---|---|
| Franklin A. Rothman | Tel: (212) 571-5500 |
| Jeremy Schneider | Fax: (212) 571-5507 |
| Robert A. Soloway | |
| David Stern | |
| | |
| Rachel Perillo | |

August 16, 2021

BY ECF

Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

       Re: United States v. Adelekan (Ademola Adebogun)
          Ind #: 19-CR-00291

Dear Judge Preska:

    I represent Mr. Adebogun in the above referenced matter. I am respectfully requesting that my client's appearance be waived for the pre-trial conference scheduled for Friday, August 20, 2021. Additionally, I respectfully request permission to appear by telephone for the conference.

    Thank you very much for your attention.

                              Sincerely,

                              *Robert A. Soloway*

                              Robert A. Soloway

RAS:sc

```
Counsel's request to waive Defendant's
appearance is granted. Counsel may appear
by telephone for the conference using the
following teleconference information:
877-402-9753, Code: 6545179. SO ORDERED.
```
                                                            *Loretta A. Preska* 8/17/2021