ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman Tel: (212) 571-5500
Jeremy Schneider Fax: (212) 571-5500
Robert A. Soloway
David Stern

---

Rachel Perillo

December 6, 2021

**By ECF**
Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

 Re: United States v. Ademola Adebogun,
 19 Cr. 291 (LAP)

Dear Judge Preska:

 Robert Soloway and I are the attorneys for Ademola Adebogun, the defendant in the above-captioned matter. Mr. Adebogun is currently on pretrial release and subject to conditions that include travel restricted to the Southern and Eastern Districts of New York and the District of New Jersey. I am writing without objection from the government, by AUSA Rebecca Dell, or Pretrial Services, by Officer Stephen Boose, to respectfully request a temporary modification of my client's travel restrictions to permit travel to Houston, Texas for employment purposes from December 9 to 14, 2021.

 As the Court is likely aware from our previous applications, Mr. Adebogun is the owner of an entertainment and marketing company that hosts events at nightclubs and lounges. He has the opportunity to personally host an event through his company on December 11, 2021 in Houston, Texas and therefore respectfully requests permission to travel to Houston from December 9 – 14. Mr. Adebogun has provided Pretrial Services with his flight itinerary, hotel address, and the event information. If the Court has any questions regarding this application please contact my office.

 The Court's time and attention to this matter is appreciated.

**SO ORDERED**
*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

 Respectfully submitted,

 /s/ Rachel Perillo

 cc: AUSA Rebecca Dell (by ECF)
 AUSA Daniel Wolf (by ECF)

12/7/21