ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

| | |
|---|---:|
| Franklin A. Rothman | Tel: (212) 571-5500 |
| Jeremy Schneider | Fax: (212) 571-5500 |
| Robert A. Soloway | |
| David Stern | |
| ———————— | |
| Rachel Perillo | |

February 18, 2022

**By ECF**
Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: United States v. Ademola Adebogun,
       19 Cr. 291 (LAP)

Dear Judge Preska:

  I am the attorney for Ademola Adebogun, the defendant in the above-named matter. Mr. Ademola is scheduled to appear before your Honor on February 22, 2022 at 2:00 p.m. to accept a guilty plea pursuant to a written plea agreement with the government.

  This letter is respectfully submitted to request that the Court permit my associate, Rachel Perillo, to appear in my place at the February 22 plea hearing because I will be in California for personal business, a trip that was scheduled before Mr. Adebogun informed counsel of his intent to change his plea. We believe it is important to move the case forward to a change of plea hearing, and Ms. Perillo is available to appear in my place, if the Court permits. Ms. Perillo is assigned to this matter as associate counsel and has filed a Notice of Appearance. She has appeared for status conferences, has worked closely with Mr. Adebogun, and is familiar with this case. Mr. Adebogun consents to Ms. Perillo's appearance.

  If the Court has any questions regarding this application please do not hesitate to contact me. I thank your Honor for your attention to this matter.

                   Respectfully submitted,

                   /s/

                   Robert A. Soloway

```
The request is granted.

SO ORDERED.
```

*Loretta A. Preska*
2/18/2022