ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

| | |
|---|---:|
| Franklin A. Rothman | Tel: (212) 571-5500 |
| Jeremy Schneider | Fax: (212) 571-5500 |
| Robert A. Soloway | |
| David Stern | |
| ———— | |
| Rachel Perillo | |

February 24, 2022

**By ECF**
Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
The application is granted.

SO ORDERED.
```
*Loretta A. Preska* (signature)
2/25/2022

    Re:  United States v. Ademola Adebogun,
        19 Cr. 291 (LAP)

Dear Judge Preska:

  Robert Soloway and I are the attorneys for Ademola Adebogun, the defendant in the above-captioned matter. Mr. Adebogun is currently on pretrial release and subject to conditions that include travel restricted to the Southern and Eastern Districts of New York and the District of New Jersey. I am writing without objection from Pretrial Services Officer Stephen Boose, to respectfully request a temporary modification of my client's travel restrictions to permit travel to San Juan, Puerto Rico from March 22 to March 29, 2022 for employment purposes. The government, by AUSA Daniel Wolf, defers to the position of Pretrial Services.

  As the Court is likely aware from our previous applications, which the Court has granted, Mr. Adebogun is the owner of an entertainment and marketing company that hosts events at nightclubs. He has the opportunity to personally host an event through his company that will take place from March 23 – 26 in San Juan, Puerto Rico, and therefore respectfully requests to travel there from March 22 – 29. Mr. Adebogun will provide Pretrial Services with his flight schedule and hotel address once they are booked. If the Court has any questions regarding this application please do not hesitate to contact me.

  The Court's time and attention to this matter is appreciated.

                    Respectfully submitted,

                    /s/ Rachel Perillo

cc:  AUSA Daniel Wolf (by ECF)
    AUSA Rebecca Dell (by ECF)