UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
                                              :

UNITED STATES OF AMERICA

                                              :       CONSENT PRELIMINARY ORDER
             - v. -                                 OF FORFEITURE/
                                              :       <u>MONEY JUDGMENT</u>

ADEMOLA ADEBOGUN,

                                              :       S4 19 Cr. 291 (LAP)
            Defendant.
                                              :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

WHEREAS, on or about September 9, 2021, ADEMOLA ADEBOGUN (the "Defendant"), among others, was charged in one count of a two-count Superseding Indictment, S4 19 Cr. 291 (LAP) (the "Indictment"), with conspiracy to commit wire fraud, in violation of Title 18, United States Code, Section 1349 (Count One);

WHEREAS, the Indictment included a forfeiture allegation as to Count One of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), of any and all property, real and personal which constitutes or is derived from proceeds traceable to the commission of the offense charged in Count One of the Indictment, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the offense charged in Count One of the Indictment;

WHEREAS, on or about February 22, 2022, the Defendant pled guilty to Count One of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Indictment and agreed to forfeit, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), a sum of money equal to $135,000.00 in United States currency, representing proceeds traceable to the commission of the offense charged in Count One of the Indictment;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $135,000,00 in United States currency representing the amount of proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained, which the Defendant is jointly and severally liable with co-defendants Oluwaseun Adelekan, Olalekan Daramola, Solomon Aburekhanlen, Gbenga Oyeneyin, Abiola Olajumoke, Temitope Omotayo, Bryan Eadie, Albert Lucas, Lucas Ologbenla and Adewole Taylor, to the extent forfeiture money judgments are entered against the co-defendants in this matter; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorney, Daniel H. Wolf, Rebecca T. Dell of counsel, and the Defendant, and his counsel, Robert A. Soloway, Esq., and Rachel Perillo, Esq., that:

1.      As a result of the offense charged in Count One of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $135,000.00 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained, which the Defendant is jointly and severally liable with co-defendants Oluwaseun Adelekan, Olalekan Daramola, Solomon Aburekhanlen, Gbenga Oyeneyin, Abiola Olajumoke, Temitope Omotayo, Bryan Eadie, Albert Lucas, Lucas Ologbenla and Adewole Taylor, to the extent forfeiture money judgments are entered against the co-defendants in this matter, shall be entered against the Defendant.

2.      Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, ADEMOLA ADEBOGUN, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3.      All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4.      The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5.      Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6.      Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7.      The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8.     The signature page of this Consent Preliminary Order of Forfeiture/Money

Judgment may be executed in one or more counterparts, each of which will be deemed an original

but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York


By: _____                                    2/22/22
Daniel H. Wolf                                                          DATE
Rebecca T. Dell
Assistant United States Attorneys
One St. Andrew's Plaza
New York, NY 10007
(212)637-2337 / 2198


ADEMOLA ADEBOGUN

By: _____                                    2/22/22
Ademola Adebogun                                                  DATE


By: _____                                    2/22/22
Robert A. Soloway, Esq.                                          DATE
Rachel Perillo, Esq.
Attorney for Defendant
Rothman, Schneider, Soloway & Stern, LLP
100 Lafayette Street, Suite 501
New York, NY 10013

SO ORDERED:
_____                                        4/14/22
HONORABLE LORETTA A. PRESKA                          DATE
UNITED STATES DISTRICT JUDGE