ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

| | |
|---|---|
| Franklin A. Rothman<br>Jeremy Schneider<br>Robert A. Soloway<br>David Stern<br>———<br>Rachel Perillo | Tel: (212) 571-5500<br>Fax: (212) 571-5500 |

March 6, 2022

**By ECF**
Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED.

*Loretta A. Preska*

5/6/2022

      Re:    United States v. Ademola Adebogun,
                 19 Cr. 291 (LAP)

Dear Judge Preska:

      Robert Soloway and I are the attorneys for Ademola Adebogun, the defendant in the above-captioned matter. Mr. Adebogun is currently on pretrial release and subject to conditions that include travel restricted to the Southern and Eastern Districts of New York and the District of New Jersey. I am writing without objection from Pretrial Services Officer Stephen Boose, to respectfully request a temporary modification of my client's travel restrictions to permit him to travel to Atlanta, Georgia from May 13 – 17, 2022 for a family vacation. The government, by AUSA Rebecca Dell, defers to the position of Pretrial Services.

      If the Court grants this application, Mr. Adebogun plans to fly to Atlanta on May 13 and will fly back to New York on May 17. He will be traveling with his girlfriend and two young children, and they plan to stay at an Airbnb, the address of which will be provided to Pretrial Services. Mr. Adebogun will provide all additional necessary information to Pretrial Services prior to his travels. As noted, Pretrial Officer Stephen Boose has no objection to this request, and he informs that Mr. Adebogun is in compliance with his pretrial release conditions.

      If the Court has any questions regarding this application, please do not hesitate to contact me. The Court's time and attention to this matter is appreciated.

                                                           Respectfully submitted,

                                                           /s/ Rachel Perillo

cc:    AUSA Rebecca Dell (by ECF)
       AUSA Daniel Wolf (by ECF)