# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5500

May 10, 2022

**By ECF**
Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. Ademola Adebogun,
      19 Cr. 291 (LAP)

Dear Judge Preska:

I am the attorney for Ademola Adebogun, the defendant in the above-named matter. Mr. Adebogun is currently on pretrial release and is scheduled to be sentenced on May 24, 2022. I write without objection from the government, by AUSA Daniel Wolf, to respectfully request a five-week adjournment of sentencing because I am currently engaged in trial in the matter of *United States v. Mirsad Kandic*, 17 Cr. 449 (NGG) before Hon. Nicholas Garaufis in the Eastern District of New York, which is expected to continue for the next two weeks. It is therefore likely that I will still be on trial at the time of Mr. Adebogun's presently scheduled sentencing date. I also need additional time to gather documents and records that are needed for preparation of Mr. Adebogun's sentencing submission. I believe that an adjournment to the week of June 27, 2022 would provide sufficient time for these purposes.

If the Court has any questions regarding this application please do not hesitate to contact me.

Respectfully submitted,

/s/ Robert A. Soloway

cc:   AUSA Rebecca Dell (by ECF)
      AUSA Daniel Wolf (by ECF)

Sentencing is adjourned to June 28, 2022 at 2:00 p.m.

5/10/22

SO ORDERED

*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE