# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern
_____
Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5500

July 12, 2022

**By ECF**
Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     United States v. Ademola Adebogun,
19 Cr. 291 (LAP)

Dear Judge Preska:

I am the attorney for Ademola Adebogun, the defendant in the above-named matter. Mr. Adebogun is currently on pretrial release and is scheduled to be sentenced on July 26, 2022. This letter is respectfully submitted without objection from the government, by AUSA Daniel Wolf, to request a six-week adjournment of sentence. The reason for this request is that I am still awaiting documents and records that are important to Mr. Adebogun's sentencing submission. I have conferred with the government and both parties are available September 7, 8, or 9 at any time that is convenient for the Court.

If the Court has any questions regarding this application please do not hesitate to contact me. The Court's time and attention to this matter is appreciated.

*Sentencing is adjourned to September 7 at 9:00am.*

**SO ORDERED.**

Respectfully submitted,

*Robert A. Soloway*

Robert A. Soloway

LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

cc:     AUSA Robert Sobelman (by ECF)
AUSA Daniel Wolf (by ECF)

*7/13/22*