# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

July 10, 2023

**By ECF**

Hon. Loretta A. Preska
United States District Judge
500 Pearl Street
New York, New York 10007

Re: United States v. Ademola Adebogun, 19 Cr. 291 (LAP)

Dear Judge Preska:

I am appointed counsel for Ademola Adebogun, the defendant in the above-captioned matter. In response to a letter request of July 30, 2019, your Honor authorized the appointment of my associate, Rachel Perillo, to assist in the defense of this matter for up to seventy-five hours, with additional hours to be applied for if needed. In putting together final billing, I now observe that Ms. Perillo worked on the case for a total of 150 hours.

I am respectfully requesting that the Court authorize the additional time Ms. Perillo devoted to the defense of this case. As your Honor knows, this was a complex case involving voluminous discovery and multiple schemes which unfolded during a period in excess of three years. Ms. Perillo's assistance was necessary to defending Mr. Adebogun, and it is due to my oversight that no supplemental application for additional hours was submitted.

Should the Court grant this application, it is requested that Ms. Perillo be approved at the CJA rate of $95.00 per hour for an additional 75 hours, for a grand total of 150 associate hours.

Thank you very much for your attention to this matter.

Respectfully submitted,

*Robert A. Soloway*

Robert A. Soloway

SC:sc

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
7/11/23