**ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP**

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

**Franklin A. Rothman**  Tel: (212) 571-5500
**Jeremy Schneider**  Fax: (212) 571-5500
**Robert A. Soloway**
**David Stern**

---

**Rachel Perillo**

November 7, 2024

**By ECF**

Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    United States v. Ademola Adebogun,
                  19 Cr. 291 (LAP)

Dear Judge Preska:

      I am CJA counsel for Ademola Adebogun. Mr. Adebogun is currently on supervised release and respectfully requests that his supervising officer, PO Matthew Geller, surrender to him his now expired passport (it expired October 14, 2024) so that it may be renewed. Mr. Adebogun seeks to renew the passport so that he will be the holder of a valid passport. But he also contemplates a request to travel to Nigeria beginning December 29, 2024. That request will be made closer in time to the contemplated travel when the plans are firmed up, but now he seeks only to replace his expired passport with a valid one.

      Thank you very much for your attention.

Respectfully submitted,

*Robert A. Soloway*

Robert A. Soloway

cc:    AUSA Rebecca Dell (by ECF)
        AUSA Daniel Wolf (by ECF)

```
Probation is directed to return Mr. Adebogun's now-expired passport
to Mr. Adebogun for renewal.  The Clerk of the Court shall close
dkt. no. 765.  SO ORDERED.
```

11/12/24

*Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.