ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

| | |
|---|---|
| Franklin A. Rothman<br>Jeremy Schneider<br>Robert A. Soloway<br>David Stern<br>_____<br>Rachel Perillo | Tel: (212) 571-5500<br>Fax: (212) 571-5500 |

December 6, 2024

**By ECF**

Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:    United States v. Ademola Adebogun,
                  19 Cr. 291 (LAP)

Dear Judge Preska:

      I am CJA counsel for Ademola Adebogun. Mr. Adebogun is currently on supervised release and respectfully requests permission to travel internationally to his native country to visit his ailing mother, who is suffering from dementia. Mr. Adebogun very much hopes to visit her. His supervising officer, PO Matthew Geller, is aware of the request but has not yet stated his position. Mr. Adebogun requests to travel to Lagos, Nigeria on December 29 returning to the United States on or about January 15, 2025. He will stay in Lagos at the home of his mother, the exact address of which has been supplied to PO Geller. Mr. Adebogun was sentenced by this Honorable Court on September 22, 2022 to time served and three years of supervised release, the first six months of which to be served on home confinement. He is in compliance with the terms of his supervised release, though his restitution obligation remains not yet fully satisfied.

      Thank you very much for your attention to this matter.

                                              Respectfully submitted,

                                              *Robert A. Soloway*

                                              Robert A. Soloway

cc:    AUSA Rebecca Dell (by ECF)

```
The Court denies Defendant's request
to travel.  SO ORDERED.

_____
Loretta A. Preska
United States District Judge

December 13, 2024
New York, New York
```