32 Court Street, Suite 904
Brooklyn, New York 11201 Phone
(718) 246-8200
Fax (718) 228-6747

January 15, 2026

**VIA ECF**
The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Ademola Adebogun*, 19 Cr. 291 (LAP)

Dear Judge Preska:

Pursuant to our on the record conversation in court on January 13, 2026, I respectfully request the Court to issue an order modifying the current full stay away order of protection in favor of the complainant as follows:

Mr. Adebogun is allowed to contact the complainant to coordinate a childcare schedule. Mr. Adebogun is also allowed to be present in the complainant's home to provide childcare, when the complainant is not there.

The parties all agree to the modification.

Respectfully Submitted,

*Lonnie Hart Jr.*

Lonnie Hart Jr. Esq.
Attorney for Ademola Adebogun
32 Court Street Suite 904
Brooklyn, NY 11201
(718)246-8200

SO ORDERED.

*Loretta A. Preska*

Loretta A. Preska
United States District Judge

January 20, 2026