UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>-against-<br><br>ADEMOLA ADEBOGUN,<br><br>                    Defendant. | 19 Cr. 291 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The March 25, 2026 hearing is adjourned to April 1, 2026 at 10:00 AM.

**SO ORDERED.**

Dated:     March 16, 2026
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge