LAW OFFICES OF LONNIE HART JR. P.C.
32 Court Street, Suite 904
Brooklyn, New York 11201 Phone
(718) 246-8200
Fax (718) 228-6747
www.lonniehartjrpc.com

March 25, 2026

**VIA ECF**
The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Ademola Adebogun*, 19 Cr. 291 (LAP)

Dear Judge Preska:

The above referenced matter is scheduled for a violation hearing on April 1; 2026. Unfortunately, my client Mr. Adebogun informed me yesterday his mother in Nigeria has passed away.

Under the circumstances, I'm asking for the matter to be adjourned to a later date in April. In addition, I'm requesting my client be allowed to travel to Nigeria to bury his mother.

I've spoken with AUSA Nicolas Pavlis and he provided me with the following statement:

Given the pending violations of supervised release against the defendant, the Government and Probation both oppose any request by him to travel internationally at this juncture. However, the Government and Probation do not object to an adjournment of no more than two weeks of the April 1, 2026 VOSR Hearing, to allow for the defendant to address his mother's passing.

I find their position to be unconscionable. To seek to prevent a son from burying his mother is abhorrent. Particularly, in light of the fact Mr. Adebogun"s underlying conviction is non-violent and I'm informed he was allowed to travel to Nigeria in December of 2023 and returned without incident.

*The request is granted on the condition that Defendant provides travel details to Pretrial promptly.*

*3/26/24*

SO ORDERED

*[signature] Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

Mr. Adebogun cannot begin the process of arranging services for his mother until we know if the Court is amenable to the request. We will of course provide any information the court requires. With this in mind, we respectfully request an adjournment until the week of April 27, 2026.

Respectfully Submitted,

*Lonnie Hart Jr.*

Lonnie Hart Jr. Esq.
Attorney for Ademola Adebogun
32 Court Street Suite 904
Brooklyn, NY 11201
(718)246-8200