LAW OFFICES OF LONNIE HART JR. P.C.
32 Court Street, Suite 904
Brooklyn, New York 11201 Phone
(718) 246-8200
Fax (718) 228-6747

September 18, 2026

**VIA ECF**
The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Ademola Adebogun*, 19 Cr. 291 (LAP)**

Dear Judge Preska:

The above referenced matter is currently scheduled on September 28, 2026 for sentence. The Court instructed the parties to confer on scheduling submissions to the Court. Due, to an unfortunate death in my family, I was unable to complete my memorandum in a timely manner within the agreed upon time. I asked the government for an extension until Monday September 21, 2026 and they agreed. The government requests one week after my submission to file their memorandum which would be September 28, 2026.

This would necessitate an adjournment of the date for sentence if the Court is amenable. We respectfully request an adjournment of a few days until October 1, 2026 or October 2, 2026 if the Court is available. The government has agreed to this adjournment.

Thank you for your consideration.

Respectfully Submitted,

Lonnie Hart Jr.

Lonnie Hart Jr. Esq.
Attorney for Ademola Adebogun
32 Court Street Suite 904
Brooklyn, NY 11201
(718)246-8200

The submission deadlines are adjourned as requested. Sentencing is adjourned to October 5, 2026 at 2:30 PM.

**SO ORDERED.**

Loretta A. Preska

Loretta A. Preska
Senior United States District Judge

September 21, 2026